CONSTANTINO FLORES  
Bankruptcy Trustee  
P.O. BOX 511  
PHOENIX, AZ 85001-0511  
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| STEWART, OSWALD LORENZO | ) | CASE NO. 05-26690-PHX-CGC |
| STEWART, MAYVONNE THERESA | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

  CONSTANTINO FLORES, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3003 | 1/13/2009 | Oswald Stewart Lorenzo<br>Mayvonne Theresa Stewart<br>1310 West Manor Street<br>Chandler, AZ 85224 | $599.00 |

*April 29, 2010*             */s/ Constantino Flores*  
 DATE                 Constantino Flores, Trustee